**No. 48276.**—Petition 6246–R of Spratt's Patent (America) Ltd. (New York).

Opinion by WALKER, J. The testimony of the purchasing agent of the petitioner was introduced and, among other things, it appeared that prior to entry of the merchandise he attempted to determine the proper dutiable value but was unsuccessful. When the appeal to reappraisement came before the court the witness stated the petitioner's counsel was instructed to agree to the value claimed by the collector, and that this was done. From the record it was found there was no intent to defraud the revenue of the United States or to conceal or misrepresent the facts. The petition was therefore granted.

**No. 48277.**—Petition 6257–R of Adolff Bobbin Co., Inc. (New York).

Opinion by WALKER, J. It appeared that prior to entry of the merchandise two questions arose in discussion of the matter by the representatives of the petitioner and the customs officials. One was whether a deduction of 8 percent for profit was allowable and the other the deduction of a 25 percent countervailing duty in calculating the United States value. An impasse having been reached, it was decided to make up two test cases for determination of the questions by the courts, and the two entries here involved covered the merchandise represented by those cases. As the record showed that the petitioner cooperated at all times with the customs officials and that the undervaluation was the result of an honest difference of opinion respecting the application of the laws involved, the court was satisfied that there was no intention to defraud the revenue of the United States or to conceal or misrepresent the facts. The petition was therefore granted.

BEFORE THE FIRST DIVISION, MAY 14, 1943

**No. 48278.**—Protest 43611–K of F. W. Woolworth Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the noisemakers are similar to those involved in Abstract 47099 the claim at 45 percent under paragraph 397 was sustained.

**No. 48279.**—Protest 45931–K of F. W. Woolworth Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the noisemakers are similar to those involved in Abstract 47099 the claim at 45 percent under paragraph 397 was sustained.